UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER SETZER,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br><br>                Defendant. | CASE NO. 3:10-cv-05766-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom. Dkt. 22. There are no objections to the Report and Recommendation. Having reviewed the record, the court concurs with the conclusions and findings of the Report and Recommendation and does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation (Dkt. 22);

    (2)    the ALJ erred in her decision as described in the Report and Recommendation;

    (3)    the matter is therefore **REVERSED** and **REMANDED** to the Commissioner for

            further administrative proceedings; and

1      (4)   the Clerk is directed to send copies of this Order to plaintiff's counsel,

2             defendant's counsel, and Magistrate Judge Karen L. Strombom.

3      The Clerk is directed to send uncertified copies of this Order to all counsel of record,

4 Magistrate Judge Karen L. Strombom, and any party appearing *pro se* at said party's last known

5 address.

6      Dated this 10th day of November, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2