# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER SETZER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C10-5766RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation (Dkt. 22);

2. The ALJ erred in her decision as described in the Report and Recommendation;

3. The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

| | |
|---|---|
| November 14, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |